IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02090-BNB

JOHN H. COOK,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2007

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, John H. Cook, attempted to initiate this action by submitting *pro se* a letter to the Court. The Court reviewed the letter and determined it was deficient. Therefore, on October 5, 2007, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence a civil action and directing Mr. Cook to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The October 5, 2007, order pointed out that Mr. Cook failed either to pay the $350.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Cook failed to submit a Prisoner Complaint on the proper, Court-approved form. The order warned Mr. Cook that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Cook has failed within the time allowed to cure the

deficiencies listed in the October 5 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 16 day of Nov., 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02090-BNB

John H. Cook
Reg. No. 97002
Sterling Correctional Facility
PO Box 6000 Unit 4-A
Sterling, CO 80751

  I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/16/07

            GREGORY C. LANGHAM, CLERK

            By: _____
                 Deputy Clerk